E-FILED
Thursday, 05 January, 2012 11:21:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 06-30060 |
| | ) | |
| DWAYNE JETT, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Amended Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection. See d/e 69. For the reasons stated therein, the Amended Motion to Reduce Sentence (d/e 69) is GRANTED. An Amended Judgment will be entered with a sentence of 168 months' imprisonment. The Motion to Reduce Sentence filed October 19, 2011 (d/e 67) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: January 4, 2012

FOR THE COURT:             s/ Sue E. Myerscough
                                       SUE E. MYERSCOUGH
                                    UNITED STATES DISTRICT JUDGE